# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**LARRY SQUIRES,**

    **Plaintiff,**

**v.**                                             Case No. 1:19-cv-136-AW-GRJ

**RICHARD V. SPENCER,**
**Secretary of the Navy,**

    **Defendant.**

_____/

## ORDER OF TRANSFER

Before the Court is the Magistrate Judge's October 10, 2019 Report and Recommendation. ECF No. 13. No objection has been filed. I have determined that the Report and Recommendation should be adopted. It is now ordered:

1. The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Transfer Venue, ECF No. 11, is GRANTED.

3. The Clerk shall take necessary steps to transfer this case to the Eastern Division of the Eastern District of North Carolina.

4. The Clerk shall close the file.

SO ORDERED on November 14, 2019.

                                           s/ *Allen Winsor*
                                           United States District Judge